# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Toni Robinson, <br><br> Plaintiff, <br><br> v. <br><br> D. Scott Carruthers, A Professional Corporation, <br><br> Defendant. | **Case No.:** 2:17-CV-00886-JAM-KJN <br><br> **ORDER GRANTING THE PARTIES JOINT MOTION TO ALLOW PLAINTIFFS TO FILE A FIRST AMENDED COMPLAINT** |

Having considered the parties Joint Motion to allow Plaintiff to file a First Amended Complaint and for good cause being shown:

**PURSUANT TO STIPULATION, IT IS SO ORDERED THAT:**

1. Plaintiff shall be allowed to file a First Amended Complaint within 20 days of this Order.

**IT IS SO ORDERED.**

Dated: 9/27/2017

/s/ John A. Mendez____
Hon. John A. Mendez
U. S. District Court Judge