# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Toni Robinson, <br><br> Plaintiff, <br><br> v. <br><br> D. Scott Carruthers, A Professional Corporation, <br><br> Defendant. | Case No.: 2:17-cv-00886-JAM-KJN <br><br> **ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE** <br><br> HON. John A. Mendez |

Based upon the Joint Motion for Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

IT IS ORDERED.

Dated: 11/7/2017   /s/ John A. Mendez
**HON. JOHN A. MENDEZ**
UNITED STATES DISTRICT JUDGE